January 20, 2023

VIA CM/ECF

Catherine O'Hagan Wolfe
Clerk of Court
United States Court of Appeals for the Second Circuit
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

**Re: Briefing Schedule in *Friends of Animals v. EPA*, Case No. 22-1992**

Dear Ms. Wolfe,

    Pursuant to Local Rule 31.2(a)(1)(A), Petitioner Friends of Animals writes to apprise the Court of the deadline by which it proposes to file its opening brief. Respondents United States Environmental Protection Agency and Michael Regan provided Friends of Animals with the certified administrative record on January 6, 2023 (the "ready date"). Local Rule 31.2(a)(1)(A) specifies that the deadline Friends of Animals requests for its opening brief must be within 91 days of the ready date. Accordingly, Friends of Animals requests a deadline of April 7, 2023 for its opening brief in this case.

    Please do not hesitate to contact undersigned counsel if there are any questions about the contents of this letter.

    Sincerely,

    */s/ Stephen Hernick*
    Stephen Hernick
    Friends of Animals Wildlife Law Program
    7500 E. Arapahoe Road, Suite 385
    Centennial, CO 80112
    shernick@friendsofanimals.org

    *Counsel for Petitioner Friends of Animals*